*Send-O*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: *04-622-SJO* |
| Plaintiff, ) | ORDER OF DETENTION |
| ) vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| *Miguel Angel Serecer-Beltran,* ) Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>C.D. Cal.</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.   ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>the facts in the Pretrial Services Report</u> ;

Probation Officer's Violation Report —namely, defendant's alien status & lack of known bail resources.

and/or

B.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: the facts in the Pretrial Services Report & Probation Officer's Violation Report ; PSR

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _____4/21/08_____

_____
JENNIFER T. LUM
UNITES STATES MAGISTRATE JUDGE